IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
         APR 1 3 2005
   JOHN F. CORCORAN, CLERK
   BY:
          DEPUTY CLERK
```

| | | |
|---|---|---|
| ELAINE T. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:03CV00040 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered granting plaintiff's request for withdrawal of the petition for Writ of Mandamus. It is accordingly, **ORDERED** and **ADJUDGED** that the Petition for Writ of Mandamus is **DISMISSED**.

**ENTER**: This April 12, 2005.

_____
UNITED STATES DISTRICT JUDGE